IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACOBE MILLS,                    )
                                 )
            Petitioner,          )
                                 )
      v.                         )        1:25-cv-513
                                 )
THE PERSON COUNTY SHERIFF,       )
                                 )
            Respondent.          )

## ORDER

On July 9, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is construed as a habeas petition under 28 U.S.C. § 2241 and is hereby **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition if he seeks to file in this court. The new petition must be on the proper forms and accompanied by either the five-dollar filing fee or a current application to proceed in forma

<u>pauperis</u>. Petitioner must also exhaust his claims in the state courts before filing in this court.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

_____
United States District Judge